FILED: February 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2417

(4:13-cv-01644-RBH)

_____

IT'SUGAR LLC

      Plaintiff - Appellant

v.

I LOVE SUGAR, INC.

      Defendant - Appellee

and

BLU SOL DESIGN, LLC; THE M COY GROUP, LLC

      Defendants

_____

O R D E R

_____

The court construes the motion for stay as a motion to suspend proceedings on appeal and grants the motion to suspend pending further order of the court.

Parties are directed to file status reports on June 13, 2014, or at such time as the obligations under the agreement have been met should that occur sooner.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk