UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

No. 13-2417
(4:13-cv-01644-RBH)

———

IT'SUGAR LLC,

    Plaintiff – Appellant

v.

I LOVE SUGAR, INC.,

    Defendant – Appellee

and

BLU SOL DESIGN, LLC; THE M COY GROUP, LLC,

    Defendants

———

STATUS REPORT
and
STIPULATED MOTION FOR A FURTHER STAY

———

    Plaintiff-Appellant, IT'SUGAR LLC and Defendant-Appellee, I Love Sugar, Inc., submit this status report and jointly move for a two month stay of Appellant's June 13, 2014 brief deadline and all subsequent dates in the captioned appeal.

    The February 11, 2014 settlement agreement executed by Appellant and Appellee I Love Sugar, Inc. ("Agreement") requires that certain obligations be performed within 120 days from the date the Agreement was executed, i.e., by June 11, 2014.

    The Agreement further provides that within ten days of compliance with these obligations under the Agreement, Appellant will dismiss the captioned appeal and the parties will file a

Stipulation of Dismissal of the underlying civil action in the District Court for South Carolina, Florence Division (No. 4:13-cv-01644-RBH).

The parties require additional time to determine whether Appellee I Love Sugar, Inc. has complied with its obligations under the Agreement and request a further stay in order to preserve Appellant's right to appeal the District Court's ruling in the event that the obligations under the Agreement are not met.

Respectfully submitted on this 13th day of June, 2014.

| | |
|---|---|
| /s/ R. Charles Henn, Jr. | /s/ Philip Y. Braginsky |
| R. Charles Henn, Jr. | Mark J. Rosenberg |
| | Philip Y. Braginsky |
| Kilpatrick Townsend & Stockton LLP | Tarter Krinsky & Drogin LLP |
| 1100 Peachtree Street, Suite 2800 | 1350 Broadway |
| Atlanta, Georgia 30309-4530 | New York, NY  10018 |
| Phone: (404) 815-6500 | Tel: (212) 216-1127 |
| Fax: (404) 815-6555 | Fax: (212) 216-8001 |
| chenn@kilpatricktownsend.com | Email: mrosenberg@tarterkrinsky.com |
| | |
| Douglas A. Miro | Attorneys for Defendant-Appellee I Love |
| Ostrolenk Faber LLP | Sugar Inc. |
| 1180 Avenue of the Americas | |
| New York, NY  10036 | |
| Phone: (212) 382-0700 | |
| Fax: (212) 382-0888 | |
| dmiro@ostrolenk.com | |

Attorneys for Plaintiff-Appellant
IT'SUGAR LLC